USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X
:
MICHELLE NELSON                  :    96 Civ. 9331 (LAP) (HBP)
:
          Plaintiff,             :    ORDER
:
:
GROUP HEALTH, INC.,              :
:
          Defendants.            :
:
- - - - - - - - - - - - - - - - X

LORETTA A. PRESKA, Chief United States District Judge:

      On December 29, 2011, Magistrate Judge Pitman issued a Report and Recommendation denying Plaintiff's December 3, 2010 motion to restore her case to the Court's docket, [dkt. no. 15]. Objections to that Report and Recommendation were due on January 13, 2012. Having received no objections and finding Judge Pitman's decision to be correct and appropriate upon de novo review, see Fed. R. Civ. P. 72(b), his Report and Recommendation is hereby ADOPTED.

SO ORDERED:

DATED:    New York, New York
          March 23, 2012

                              _____
                              LORETTA A. PRESKA
                              Chief U.S. District Judge